# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Case No. 17-1389

CENTER FOR BIOLOGICAL DIVERSITY; WILDLIFE ALLIANCE OF MAINE; ANIMAL WELFARE INSTITUTE; FRIENDS OF ANIMALS,

Plaintiffs - Appellants

v.

PAUL PHIFER, in his official capacity as Assistant Regional Director of Ecological Services for the Northeast Region Office of the U.S. Fish and Wildlife; JIM KURTH, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; U.S. FISH AND WILDLIFE SERVICE; STATE OF MAINE; U.S. SPORTSMEN'S ALLIANCE FOUNDATION; MAINE TRAPPERS ASSOCIATION; NATIONAL TRAPPERS ASSOCIATION,

Defendants - Appellees.

## STIPULATION FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their respective counsel, that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

The parties agree that each party shall bear its own costs and fees for all proceedings in this case.

This stipulation does not represent an admission by any party to any fact, claim, or defense at issue in this appeal.  This stipulation has no precedential value.

Dated June 20, 2017.

/s/ Rachel Stevens
Rachel L.B. Stevens
Environmental and Natural Resources
Law Clinic
Vermont Law School
PO Box 96, 164 Chelsea St.
South Royalton, VT  05068
Phone: (802) 831-1073
Email: rstevens@vermontlaw.edu
Attorney for Plaintiffs-Appellants

/s/ Christopher Taub
Christopher Taub, Esq.
Assistant Attorney General
6 State House Station
Augusta, ME 04333
Tel: 207-626-8565
Email:
Christopher.C.Taub@maine.gov
Attorney for Intervenor State of Maine

/s/ Daniel J. Murphy
Daniel J. Murphy, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: 207-774-1200;
Email: dmurphy@bernsteinshur.com
Attorney for Intervenors Maine
Trappers Association, U.S.
Sportsmen's Alliance Foundation, and
National Trappers Association

/s/ Robert J. Lundman
Robert J. Lundman
U.S. Department of Justice
Environment & Natural Resources
Division
Phone: (202) 514-2496
Email: robert.lundman@usdoj.gov
Attorney for Defendants – Appellees
Paul Phifer, in his official capacity as
Assistant Regional Director of
Ecological Services for the Northeast
Region Office of the U.S. Fish and
Wildlife; Jim Kurth, in his official
capacity as Acting Director of the
U.S. Fish and Wildlife Service; and
U.S. Fish and Wildlife Service

/s/ James H. Lister
James H. Lister, Esq.
Birch, Horton, Bittner & Cherot, P.C.
Suite 1020, 1156 15th Street, NW
Washington, D.C. 20005
Tel: 202-862-8368
Email: jlister@dc.bhb.com
Attorney for Intervenors Maine
Trappers Association and U.S.
Sportsmen's Alliance Foundation

/s/ Gary R. Leistico
Gary R. Leistico, Esq.
Rinke Noonan
Suite 300, US Bank Plaza
P.O. Box 1497
St. Cloud, MN 56302
Tel: 320-656-3518
Attorney for Intervenor National
Trappers Association

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2017, the foregoing Stipulation of Voluntary Dismissal was filed with the Clerk of the United States Court of Appeals for the First Circuit using the appellate CM/ECF system and served electronically on all counsel of record.

s/ Rachel Stevens
Rachel L.B. Stevens
Environmental and Natural Resources Law Clinic
Vermont Law School
PO Box 96, 164 Chelsea St.
South Royalton, VT  05068
Phone: (802) 831-1073
Email: rstevens@vermontlaw.edu

Attorney for Plaintiffs-Appellants